

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN A. RICH, ESQ.
Nevada Bar No. 15312
E-mail: Jonathan.Rich@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
***Attorneys for P.F. Chang's China Bistro, Inc.***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Tammi M. Berg, individually;<br><br>Plaintiff,<br><br>vs.<br><br>P.F. Chang's China Bistro, Inc., a foreign corporation; and Doe Defendants I-X, inclusive; Roe Corporations XI-XX, inclusive;<br><br>Defendant. | Case No.: 2:23-cv-348-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Second Request)** |

Plaintiff Tammi M. Berg (""Plaintiff") and Defendant P.F. Chang's China Bistro, Inc., ("Defendant"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Discovery Deadlines. This is the first request to extend the deadlines in the scheduling order (ECF No. 14).

**A.    DISCOVERY COMPLETED TO DATE**

The Rule 26(f) conference was held on April 12, 2023. Following the Rule 26(f) conference, the proposed Discovery Plan and Scheduling Order was filed on February 16, 2023 and approved by this Court on May 4, 2023. Plaintiff served initial disclosures on March 14, 2023 and Defendant served initial disclosures on April 24, 2023.

On May 10, 2023, Defendant served requests for production of documents and interrogatories on Plaintiff. Plaintiff timely served her written responses to the discovery requests

286457020v.1

on June 9, 2023.

**B.   DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties anticipate completing the following discovery:

1. Production of additional documents being obtained from Plaintiff's providers;
2. Site inspection of the subject premises;
3. Deposition of P. F. Chang's China Bistro Inc.'s FRCP 30(b)(6) designees;
4. Deposition of Plaintiff;
5. Depositions of fact witnesses;
6. Third party discovery, including any additional subpoenas to be issued;
7. Depositions of Defendant's Rule 30(b)(6) designees;
8. Expert report disclosures – initial and rebuttal; and
9. Depositions of Experts.

**C.   REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST**

Following the parties' most recent extension to the discovery deadlines, they began discussing the possibility of a formal mediation to try and bring this matter to a successful resolution. Despite agreeing that mediation was a preferred route forward for both parties, the limited availability of each party, as well as their respective counsel, resulted in the parties needing to look further out on the calendar to find a mutually agreeable date for the planned mediation to take place on. At present, the parties are currently scheduled to attend mediation with Justice Abbi Silver (Ret.) on Friday, September 15, 2023.

The parties have continued to work together to ensure that all relevant documents are being produced in the lead up to the scheduled mediation. The parties identified early on that the issues in dispute were relatively limited in nature and scope, and that as a result the matter had a reasonable likelihood of being resolved without the need to first engage in significant discovery or incur significant expenditures for expert retention. The parties have continued to remain in communication with one another in order to continue participating in informal settlement discussions, and believe that a successful resolution is within reach. Nonetheless, the parties also

286457020v.1

recognize that it benefits neither party to forego their ability to disclose experts should the need arise, if the parties are unable to reach a resolution at the upcoming mediation, and thus necessitating the present stipulation. The parties believe that an additional sixty (60) day extension will provide them with the amount of time necessary to either bring this matter to a successful resolution at the upcoming mediation, or alternatively, necessitate the need for the parties to proceed forward with expert disclosure.

The parties have submitted the instant stipulation and order just short of (2) months before the current discovery cut-off date of November 3, 2023, which is well within the 21 days required by LR ~~26-4~~ 26-3.

### D. PROPOSED DISCOVERY SCHEDULE

Pursuant to LR 26-4, the parties propose to extend the current deadlines and jointly submit the following to the Court:

1. **Discovery Cut-Off Date:** The current discovery cut-off date is November 3, 2023. The parties are requesting a sixty (60) day extension of this deadline up to and including **January 2, 2024**.

2. **FRCP Rule 26(a)(2) Disclosures:** The current deadline is September 5, 2023 for initial expert disclosures and October 3, 2023 for rebuttal expert disclosures. The parties request a sixty (60) day extension of these deadlines up to and including **November 6, 2023 for initial experts** and **December 6, 2023 for rebuttal experts**.

3. **Dispositive Motions:** The current deadline for filing dispositive motions is December 1, 2023. The parties request a sixty (60) day extension of this deadline up to and including **January 30, 2024**.

///
///
///
///
///
///

-3-

286457020v.1

1    4.    **Pre-Trial Order:**  The current deadline to file the Joint Pretrial Order is January 2, 2024, unless otherwise suspended under LR 26-1(b)(5). The parties request a sixty (60) day extension of this deadline up to and including **March 4, 2024**.

**IT IS SO STIPULATED.**

| DATED this 31st day of August, 2023. | DATED this 31st day of August, 2023. |
|---|---|
| **WILSON ELSER** | **EDWARD M. BERNSTEIN & ASSOCIATES** |
| */s/ Jonathan A. Rich, Esq.* <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> Jonathan A. Rich, Esq. <br> Nevada Bar No. 15312 <br> ***Attorneys for P.F. Chang's China Bistro, Inc*** | */s/ Brian E. Lunt, Esq.* <br> Brian E. Lunt, Esq. <br> Nevada Bar No. 11189 <br> ***Attorneys for Plaintiff*** |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  9/5/2023

-4-

286457020v.1