

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for P.F. Chang's China Bistro, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tammi M. Berg, individually;<br><br>Plaintiff,<br><br>vs.<br><br>P.F. Chang's China Bistro, Inc., a foreign corporation; and Doe Defendants I-X, inclusive; Roe Corporations XI-XX, inclusive;<br><br>Defendant. | Case No.: 2:23-cv-348-GMN-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| EDWARD M. BERNSTEIN & ASSOCIATES | WILSON ELSER |
|---|---|
| BY: /s/ Brian E. Lunt<br>BRIAN E. LUNT, ESQ.<br>Nevada Bar No. 11189<br>Attorneys for Plaintiff | BY: */s/ Michael Lowry*<br>MICHAEL P. LOWRY<br>Nevada Bar No. 10666<br>Attorneys for P.F. Chang's China Bistro, Inc. |
| | It is so ordered.<br><br>_____<br>DISTRICT JUDGE |

291028744v.1